IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHERRI THOMPSON, individually and
on behalf of others similarly situated; and
LASHAWN MORGAN, individually and
on behalf of others similarly situated     PLAINTIFF

v.                No. 4:14-cv-294-DPM

DCI Biologicals Little Rock LLC; and
DCI Biologicals Inc.                       DEFENDANTS

ORDER

Joint report, № 27, appreciated. Tilley appointed as arbitrator.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 July 2014