IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHERRI THOMPSON, individually and
on behalf of others similarly situated; and
LASHAWN MORGAN, individually and
on behalf of others similarly situated                                    PLAINTIFF

v.                                              No. 4:14-cv-294-DPM

DCI Biologicals Little Rock LLC; and
DCI Biologicals Inc.                                                      DEFENDANTS

### ORDER

The Court notes parties' joint stipulation, № 29. The stay is lifted, but

the case is not over. Before the Court can enter judgment, it must approve the

parties' proposed agreement because this is a FLSA case. *Lynn's Food Stores,*

*Inc. v. U.S.*, 679 F.2d 1350, 1353 (11th Cir. 1982); *Brown v. L & P Industries, LLC*,

No. 5:04-cv-379-JLH, № 47. Proposed agreement, and any billing records for

attorney's fees, must be filed under seal by 8 August 2014. The Court will

probably unseal the agreement in due course. *Delock v. Securitas Sec. Services*

*USA, Inc.*, 4:11-cv-520-DPM, № 70 at 3–4. If the parties object to that, they

should explain why.

So Ordered.

D.P. Marshall Jr.
United States District Judge

31 July 2014