IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHERRI THOMPSON, individually and
on behalf of others similarly situated; and
LASHAWN MORGAN, individually and
on behalf of others similarly situated                            PLAINTIFFS

v.                          No. 4:14-cv-294-DPM

DCI BIOLOGICALS LITTLE ROCK LLC; and
DCI BIOLOGICALS INC.                                              DEFENDANTS

## ORDER

The parties have agreed that their proposed settlement agreement is not contingent on it remaining under seal. № 34. The Court therefore directs the Clerk to unseal the letter brief and settlement agreement, Exhibit A, in № 31. But keep Exhibit B in № 31 under seal.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

15 September 2014