IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHERRI THOMPSON, individually and
on behalf of others similarly situated; and
LASHAWN MORGAN, individually and
on behalf of others similarly situated                                      PLAINTIFFS

v.                              No. 4:14-cv-294-DPM

DCI BIOLOGICALS LITTLE ROCK LLC; and
DCI BIOLOGICALS INC.                                                        DEFENDANTS

JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

15 September 2014